No. 91–1223. SANDERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–1257. GUTHRIE, NOW DECEASED, BY AND THROUGH GUTHRIE *v.* TIFCO INDUSTRIES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–5965. PIZZUTO *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 91–6157. JAMES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6189. HENDERSON *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 91–6262. ARKY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6290. WOOD ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6365. DAVIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6378. RIGSBY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6476. WARNER ET AL. *v.* ELLERBE ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–6571. RAMOS ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6690. DUNCAN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–6771. STOWELL, AKA TUCKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6788. PEDROZA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6828. NETELKOS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.